**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 472 MAL 2018
:
      Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
      v. :
:
:
:
HASAN BROWN, :
:
      Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 473 MAL 2018
:
      Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
      v. :
:
:
HASAN BROWN, :
:
      Petitioner :

COMMONWEALTH OF PENNSYLVANIA, : No. 474 MAL 2018
:
      Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
      v. :
:
:
HASAN BROWN, :
:
      Petitioner :

## ORDER

**PER CURIAM**

**AND NOW**, this 3rd day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.